IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:08CR55 |
| Plaintiff, | ) | 8:08MJ20 |
| | ) | |
| vs. | ) | |
| | ) | |
| MIGUEL MARTHA-LOZANO, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

Before the court are defendant's Motion to Continue Arraignment [10] filed in 8:08MJ20 and Motion to Continue Arraignment [15] in 8:08CR55.   Counsel are notified that case 8:08MJ20 is closed and future filings should be filed in 8:08CR55.

IT IS ORDERED:

1. That the  Motion to Continue Arraignment [10] filed in 8:08MJ20 is denied as moot and Motion to Continue Arraignment [15] in 8:08CR55 is granted.

2. The initial appearance and arraignment hearing is continued to **March 10, 2008** at **1:30 p.m.**   before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

An interpreter will be provided by the Court.

Since this is a criminal case, the defendant must be present, unless excused by the Court.

DATED this 28th day of February, 2008.

BY THE COURT:


s/ F.A. Gossett
United States Magistrate Judge